STATE of Missouri, Respondent,

v.

Armando COBALCO, Appellant.

Armando COBALCO, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 47422, WD 49338.

Missouri Court of Appeals,
Western District.

April 25, 1995.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

*ORDER*

PER CURIAM:

Consolidated appeal from convictions by a jury of two counts of selling a controlled substance, § 195.211, RSMo 1994, one count of possessing a controlled substance with intent to sell, § 195.211, RSMo 1994, and one count of possessing a controlled substance, § 195.202, RSMo 1994, and from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed.   Rules 30.25(b) and 84.16(b).

STATE of Missouri, Respondent,

v.

David A. WATTS, Appellant.

No. WD 49064.

Missouri Court of Appeals,
Western District.

April 25, 1995.

Jackie L. Bailey, Marceline, for appellant.

James Bradley Funk, Asst. Pros. Atty., Macon County, Macon, for respondent.

Before BRECKENRIDGE, P.J., and SMART and LAURA DENVIR STITH, JJ.

*ORDER*

PER CURIAM:

Appeal from conviction of driving while intoxicated, § 577.010, RSMo 1994.

Affirmed.   Rule 30.25(b).